IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDIVATION, INC., DAVID T. HUNG, KIM D. BLICKENSTAFF, KATHRYN E. FALBERG, MICHAEL L. KING, PATRICK MACHADO, DAWNSVORONOS, W. ANTHONY VERNON, and WENDY L. YARNO,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 16-05154 WHA<br><br><br>**ORDER REQUESTING FILING OF NOTICE OF PUBLICATION** |

Pursuant to 15 U.S.C. 78u-4(a)(3)(A)(i), "not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class — (I) of the pendency of the action, the claim asserted therein, and the purported class period . . . ."

**BY SEPTEMBER 28, 2016**, **AT NOON**, please file a copy of the notice of publication. The date on which the notice was published should be clearly indicated.

**IT IS SO ORDERED.**

Dated: September 20, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE