IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MEDIVATION, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 16-05154 WHA<br><br>**ORDER CONTINUING DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to the complaint. The parties have so stipulated and requested a court order approving the extension. The stipulated extension is **APPROVED**.

**IT IS SO ORDERED.**

Dated: September 28, 2016.

                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE