# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDIVATION, INC., DAVID T. HUNG, KIM D. BLICKENSTAFF, KATHRYN E. FALBERG, MICHAEL L. KING, PATRICK MACHADO, DAWN SVORONOS, W. ANTHONY VERNON, and WENDY L. YARNO,<br><br>Defendants. | Civil Action No. 3:16-cv-05154-WHA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AND PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEY'S FEES AND EXPENSES<br><br>Place: Courtroom 8<br>Judge: Hon. William H. Alsup<br>Courtroom: 8 |

3:16-cv-05154-WHA

[PROPOSED ORDER] CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL AND PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEY'S FEES AND EXPENSES

1   Upon consideration of the parties' stipulation concerning Plaintiff's Voluntary Dismissal
2   of Claims and Plaintiff's Counsel's Application For An Award of Attorney's Fees And Expenses
3   and good cause shown, IT IS HEREBY ORDERED that:
4   Plaintiff's Voluntary Dismissal of Claims and Plaintiff's Counsel's Application For An
5   Award of Attorney's Fees And Expenses is GRANTED and the Court retains jurisdiction to
6   consider Plaintiff's Counsel's application for an award of attorney's fees.

*The motion for entitlement to attorney's fees is due by November 10.*

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8   Dated: __November 4__, 2016     By: _____
9                                       Hon. William ~~H.~~ Alsup
                                        United States District Court Judge

~~[PROPOSED]~~ ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL AND PLAINTIFF'S COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEY'S FEES AND EXPENSES